UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROMALLIC DYNEL NASH #96256　　　　　　　　CIVIL ACTION

VERSUS　　　　　　　　　　　　　　　　　　NO. 20-717

LT. TROY BOQUET, ET AL.　　　　　　　　　SECTION M (3)

## O R D E R

　　The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge (R. Doc. 8), and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

　　**IT IS ORDERED** that plaintiff's claims against Kenyada Douglas are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

　　New Orleans, Louisiana, this 17th day of April, 2020.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE