UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROMALLIC DYNEL NASH | CIVIL ACTION |
| VERSUS | NO. 20-717 |
| TROY BOQUET, *et al.* | SECTION M (3) |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendants Troy Boquet, Justine Leblanc, and Ronnie Forest, and against plaintiff Romallic Dynel Nash, dismissing plaintiff's claims for relief without prejudice.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that the claims against defendant Kenyada Douglas are dismissed with prejudice (R. Doc. 10).

New Orleans, Louisiana, this 8th day of December, 2020.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE