UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROMALLIC DYNEL NASH | CIVIL ACTION |
| VERSUS | NO. 20-717 |
| TROY BOQUET, *et al.* | SECTION M (3) |

## ORDER

Having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 16), and the failure of any party to file an objection to the Report and Recommendation, the Court hereby approves the Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's remaining claims are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 8th day of December, 2020.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE